| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Cathy, Seibel | 2. Court or Organization<br><br>U.S. District Court –S.D.N.Y. | 3. Date of Report<br><br>03/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge – nominee | 5a. Report Type (check appropriate type)<br><br>☒ Nomination,  Date 03/11/2008<br>☐ Initial  ☐ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>02/29/2008 |
| 7. Chambers or Office Address<br><br>1 St. Andrew's Plaza<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Vice-President (middle school) | Hastings-on-Hudson PTSA |
| 2. board member | Fordham Law Alumni Association |
| 3. Lecturer-in-Law (part-time trial practice instructor) | Columbia University School of Law |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | $2500 compensation for instructing Trial Practice course at Columbia University School of Law January - April 2008 |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Columbia University -- payment for teaching | $ 1103 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Columbia University: salary as faculty member and physician |
| 2. 2008 | University of Vermont, honorarium |
| 3. 2007 | Columbia University: salary as faculty member and physician |
| 4. 2007 | Washington Post, payment for writing |
| 5. 2007 | American Association of Medical Colleges, honorarium |
| 6. 2007 | Duke University, honorarium |
| 7. 2007 | New England Journal of Medicine, payment for writing |
| 8. 2007 | New York Times, payment for writing |
| 9. 2007 | Wake Forest University, honorarium |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. exempt | |

**FINANCIAL DISCLOSURE REPORT**

Page 3 of 8

Name of Person Reporting

Cathy, Seibel

Date of Report

03/12/2008

2. _____

3. _____

4. _____

5. _____

**FINANCIAL DISCLOSURE REPORT**

Page 4 of 8

Name of Person Reporting

Cathy, Seibel

Date of Report

03/12/2008

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[ ] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cathy, Seibel | 03/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. American Century Vista Fund | D | Dividend | L | T | exempt | | | | |
| 2. AT&T common stock | A | Dividend | J | T | | | | | |
| 3. AT&T common stock | A | Dividend | J | T | | | | | |
| 4. Brandywine Fund | D | Dividend | L | T | | | | | |
| 5. Chase Manhattan checking account | | None | J | T | | | | | |
| 6. Comcast common stock | | None | J | T | | | | | |
| 7. Comcast common stock | | None | J | T | | | | | |
| 8. Dryden Global Total Return Fund | A | Dividend | J | T | | | | | |
| 9. Dreyfus NY Tax-Exempt Bond Fund | B | Dividend | K | T | | | | | |
| 10. Enbridge Energy Partners LP common stock | B | Dividend | K | T | | | | | |
| 11. Fidelity Magellan Fund (IRA) | | None | K | T | | | | | |
| 12. Fidelity Capital Appreciation Fund (IRA) | | None | K | T | | | | | |
| 13. Fidelity NY Muni Income Fund | C | Interest | L | | | | | | |
| 14. IBM common stock | A | Dividend | J | T | | | | | |
| 15. Janus Fund | A | Dividend | M | T | | | | | |
| 16. John Hancock Patriot Premium Div Fund I common stock | A | Dividend | J | T | | | | | |
| 17. Metropolitan Transportation Authority NY | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cathy, Seibel | 03/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | Municipal Bonds | | | | | | | | |
| 18. Morgan Stanley Active Assets Money Trust | B | Interest | L | T | | | | | |
| 19. NY State 529 College Savings Plan | | None | K | T | | | | | |
| 20. NY State 529 College Savings Plan | | None | K | T | | | | | |
| 21. RS Growth Fund | D | Dividend | L | T | | | | | |
| 22. TIAA/CREF stock fund (retirement annuity) | | None | M | T | | | | | |
| 23. TIAA/CREF global equity fund (retirement annuity) | | None | K | T | | | | | |
| 24. T. Row Price Blue Chip Growth Fund IRA | | None | J | T | | | | | |
| 25. T. Rowe Price Blue Chip Growth Fund IRA | | None | J | T | | | | | |
| 26. T. Rowe Price Prime Reserve Fund | D | Dividend | M | T | | | | | |
| 27. T. Rowe Price Prime Reserve Fund | D | Dividend | N | T | | | | | |
| 28. T. Rowe Price Prime Reserve Fund | E | Dividend | N | T | | | | | |
| 29. Vanguard 500 Index Fund (retirement annuity) | C | Dividend | M | T | | | | | |
| 30. Vanguard International Growth Fund (retirement annuity) | D | Dividend | L | T | | | | | |
| 31. Zweig Total Return Fund Inc. | B | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Non-investment income received during the reporting period included compensation for employment by the United States.

Teaching payment in Part III.A. is net amount.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Cathy Seibel_                                   Date _3/12/08_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT as of 12/31/07

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 817 | 700 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 69 | 100 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 12 | 000 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 163 | 200 |
| Real estate owned-add schedule | | 800 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 25 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| See attached schedule | 1 | 557 | 300 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 175 | 200 |
| | | | | Net Worth | 3 | 093 | 900 |
| Total Assets | 3 | 269 | 100 | Total liabilities and net worth | 3 | 269 | 100 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |